```
1  KENNETH J. COLLINS, CSBN 100579
   ATTORNEY AT LAW
2  P. O. BOX 1193
   ARCATA, CA 95518
3  (707) 822-1611 FAX (707) 822-1044
   EMAIL: aew1950@yahoo.com
4

5  ATTORNEY FOR PLAINTIFF
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| MICHAEL THOMAS MEYER, | Case No.: 3:16-cv-01894-RS |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER IN SUPPORT OF PLAINTIFF'S FIRST REQUEST FOR EXTENSION OF TIME** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Michael Thomas Meyer may have an extension until September 16, 2016, in which to file Plaintiff's Motion for Summary Judgment. All amended deadlines will be extended accordingly. This is Plaintiff's first request.

Dated: August 17, 2016                         /s/ Kenneth J. Collins
                                               KENNETH J. COLLINS
                                               Attorney for Plaintiff

//

|   |   |
|---|---|
| 1 | BRIAN J. STRETCH |
| 2 | United States Attorney |
| 3 | DEBORAH L. STACHEL, |
| 4 | Acting Regional Chief Counsel, Region IX<br>Social Security Administration |

Dated: August 17, 2016        /s/ *Sharon Lahey*
                              Sharon Lahey
                              Special Assistant United States Attorney
                              (authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/18/16

*[signature]*

Honorable Richard Seeborg