1  KENNETH J. COLLINS, CSBN 100579
   ATTORNEY AT LAW
2  P. O. BOX 1193
   ARCATA, CA 95518
3  (707) 822-1611 FAX (707) 822-1044
   EMAIL: aew1950@yahoo.com
4

5  ATTORNEY FOR PLAINTIFF

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                             EUREKA DIVISION

11

12 | MICHAEL THOMAS MEYER,            | Case No.: 1:16-cv-01894-RS
13 |        Plaintiff,                 | **STIPULATION AND** ~~PROPOSED~~
   |                                   | **ORDER IN SUPPORT OF**
14 |     vs.                           | **PLAINTIFF'S SECOND REQUEST**
   |                                   | **FOR EXTENSION OF TIME**
15 | CAROLYN W. COLVIN, Acting Commissioner
   | of Social Security,
16 |        Defendant

17

18     IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that plaintiff Michael Thomas Meyer may have an extension until October

20 14, 2016 in which to file Plaintiff's Motion for Summary Judgment.   All amended deadlines will be

21 extended accordingly.  This is Plaintiff's second request.

22 Dated:  September 15, 2016              /s/ *Kenneth J. Collins*
                                           KENNETH J. COLLINS
23                                         Attorney for Plaintiff

24 //

|   |   |
|---|---|
| 1 | BRIAN J. STRETCH<br>United States Attorney |
| 2 |   |
| 3 | SARA WINSOW,<br>Civil Chief Counsel, Region IX |
| 4 | Social Security Administration |
| 5 |   |
| 6 | Dated: September 15, 2016       /s/ *Sharon Lahey*<br>Sharon Lahey |
| 7 | Special Assistant United States Attorney<br>(authorized by email) |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  9/16/16                              _____
Honorable Richard Seeborg