BRIAN J. STRETCH
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL THOMAS MEYER, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 3:16-cv-01894-RS <br> ORDER <br> **STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED, by and between Michael Thomas Meyer (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant or the Commissioner), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days respond to Plaintiff's motion for summary judgment (Docket Number 20). The current deadline is November 11, 2016, and the new deadline would be December 12, 2016. This is Defendant's first request for an extension of time and the third extension of time requested in the above-captioned matter. Defendant requests this additional time due unanticipated leave and the undersigned workload, which includes 14 dispositive briefs in the month of November 2016. Defense counsel apologizes for any inconvenience as to the timing of this request. While defense counsel provided a copy of her request for an extension

STIPULATION & PROPOSED ORDER (CASE NO. 3:16-cv-01894-RS)

of time to chambers on November 10, 2016, she inadvertently failed to file the document with the Court.  The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Date: November 21, 2016　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　KENNETH J. COLLINS

　　　　　　　　　　　　　　　　　By:  /s/  *Kenneth J. Collins\**
　　　　　　　　　　　　　　　　　KENNETH J. COLLINS
　　　　　　　　　　　　　　　　　(*Authorized as to form by e-mail on November 10, 2016)
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: November 21, 2016　　　　　BRIAN J. STRETCH
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　By:  /s/ *Sharon Lahey*
　　　　　　　　　　　　　　　　　SHARON LAHEY
　　　　　　　　　　　　　　　　　Special Assistant United States Attorney


**ORDER**

　　　Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.  Defendant shall respond to the Plaintiff's motion for summary judgment on or before December 12, 2016.

DATE: 11/22/16

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE RICHARD SEEBORG
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2

STIPULATION & PROPOSED ORDER (CASE NO. 3:16-cv-01894-RS)