1  BRIAN J. STRETCH
2  United States Attorney
   DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  SHARON LAHEY
5  Special Assistant United States Attorney
   160 Spear Street, Suite 800
6  San Francisco, California  94105
   Telephone: 415-977-8963
7  Facsimile: 415-744-0134
   E-mail: Sharon.Lahey@ssa.gov
8

9  ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL THOMAS MEYER,<br>　　　　Plaintiff,<br>　vs.<br><br>CAROLYN W. COLVIN,<br>　Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 3:16-cv-01894-RS<br><br>ORDER<br>**STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE** |

　　　　IT IS HEREBY STIPULATED, by and between Michael Thomas Meyer (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant or the Commissioner), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days respond to Plaintiff's motion for summary judgment (Docket Number 20).  The current deadline is December 12, 2016, and the new deadline would be January 11, 2017.  This is Defendant's second request for an extension of time and the fourth extension of time requested in the above-captioned matter.  The Commissioner requests this additional time so that she may continue to consider the possible settlement of this matter without further briefing by the parties.

STIPULATION & PROPOSED ORDER (CASE NO. 3:16-cv-01894-RS)

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Date: December 9, 2016   Respectfully submitted,

KENNETH J. COLLINS

By: /s/ *Kenneth J. Collins\**
KENNETH J. COLLINS
(*Authorized as to form by e-mail on December 9, 2016)
Attorneys for Plaintiff

Date: December 9, 2016   BRIAN J. STRETCH
United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

### ORDER

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED. Defendant shall respond to the Plaintiff's motion for summary judgment on or before January 11, 2017. Any reply shall be due on or before January 25, 2017.

DATE: 12/9/16

HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE