KENNETH J. COLLINS, CSBN 100579
ATTORNEY AT LAW
P. O. BOX 1193
ARCATA, CA 95518
(707) 822-1611 FAX (707) 822-1044
EMAIL: aew1950@yahoo.com

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL THOMAS MEYER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 3:16-cv-01894-RS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER IN SUPPORT OF PLAINTIFF'S THIRD REQUEST FOR EXTENSION OF TIME** |

　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Michael Thomas Meyer may have an extension until February 3, 2017 in which to file Plaintiff's Reply to Cross-Motion for Summary Judgment.   This is Plaintiff's third overall request for an extension in this case.

Dated:  January 25, 2017               　　　　　　　　/s/ *Kenneth J. Collins*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　KENNETH J. COLLINS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

//

| | |
|---|---|
| 1 | BRIAN J. STRETCH |
| | United States Attorney |
| 2 | |
| 3 | SARA WINSOW, |
| | Civil Chief Counsel, Region IX |
| 4 | Social Security Administration |

6  Dated: January 25, 2017                    /s/ Sharon Lahey
                                               Sharon Lahey
7                                              Special Assistant United States Attorney
                                               (authorized by email, approved as to
8                                               substance)

10
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
11

12
    Dated: 1/26/17
13                                             Honorable Richard Seeborg